# N THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MICHAEL BRANDON CLEMENT,** | |
| Plaintiff | Case No. 5:24-cv-581-OLG |
| v. | |
| **IHEARTMEDIA INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

iHeartMedia Inc., Defendant herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On May 29, 2024, Plaintiff filed its Complaint alleging copyright infringement against iHeartMedia Inc.

2. On August 9, 2024, Defendant iHeartMedia Inc., was served with Plaintiff's Complaint. The current deadline for defendant to answer is August 30, 2024.

3. On August 20, 2024, counsel for Defendant and counsel for Plaintiff met and conferred and has agreed to a 30-day extension of time for defendant to answer or otherwise plead by September 30, 2024.

WHEREFORE, Defendant iHeartMedia Inc., respectfully request that the time in which they are required to move, answer, or otherwise respond to Plaintiff's complaint for copyright infringement be extended up to and including September 30, 2024.

Date: August 23, 2024                               Respectfully submitted:

By: */s/ Jeffrey J. Phillips*
    Jeffrey J. Phillips
    Texas Bar No. 24037279
    jphillilps@spencerfane.com
    SPENCER FANE LLP
    3040 Post Oak Blvd., Suite 1400
    Houston, Texas 77056
    Telephone:  713-552-1234
    Facsimile:  713-963-0859

    ***Attorney for Defendant iHeartMedia Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23 day of August, 2024.

>/s/ Jeffrey J. Phillips
>Jeffrey J. Phillips

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

>/s/ Jeffrey J. Phillips
>Jeffrey J. Phillips