**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MICHAEL BRANDON CLEMENT,** | |
| Plaintiff | Case No. 5:24-cv-581-OLG |
| v. | |
| **IHEARTMEDIA INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

On this day came for consideration Defendant iHeartMedia Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for Defendant iHeartMedia Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including September 30, 2024.

Signed this ___ day of August, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

HOU 6071977.1