IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL BRANDON CLEMENT<br><br>*Plaintiff*,<br>v.<br><br>IHEARTMEDIA INC.<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§ Case No: 5:24-cv-00581-OLG<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF DISMISSAL OF CIVIL ACTION
WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Brandon Clement, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant iHeartMedia Inc., each party to bear its own costs and attorney's fees.

Dated:  September 6, 2024
          Uniondale, New York

/s/ *Craig B. Sanders* /
Craig B. Sanders
SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11553
Telephone: (516) 503-7600
csanders@sanderslaw.group

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and correct copy of the foregoing Notice of Dismissal was served upon all counsel of record via CM/ECF on September 6, 2024.

*s/ James H. Freeman /*
James H. Freeman